AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

UNITED FACULTY OF FLORIDA,
DAJIN PENG and KELLY WERDER
*Plaintiff(s)*

**v.**

ALAN LEVINE, et al.
*Defendant(s)*

Civil Action No. ____________________

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

**CHAD MIZELLE**
in his official capacity as a member of the University of South Florida Board of Trustees
University of South Florida
Office of the Board of Trustees Operations
4202 E. Fowler Avenue, CGS 301
Tampa, FL 33620

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark Levine, Esq. - Levine & Stivers, LLC
245 E. Virginia St., Tallahassee, FL 32301 | (850) 222-6580 | mark@levinestiverslaw.com
Peter Caldwell, Esq.
213 S. Adams St., Tallahassee, FL 32301 | (850) 201-2800 / (407) 893-3373
Peter.Caldwell@floridaea.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________ ____________________

*Signature of Clerk or Deputy Clerk*

Civil Action No. ______________________________

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for CHAD MIZELLE, Member, USF Board of Trustees

was received by me on (date) ______________________ .

☐ I personally served the summons on the individual at (place) ______________________________
on (date) ____________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ______________
______________________________________ , a person of suitable age and discretion who resides there,
on (date) ________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) ______________________________________ , who is
designated by law to accept service of process on behalf of (name of organization) ______________
on (date) ____________________ ; or

☐ I returned the summons unexecuted because ______________________________________ ; or

☐ Other (specify): ______________________________________________________________
______________________________________________________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ________________ ______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attempted service, etc: